IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MIKE ZOLTON**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-1354-L |
| | § | |
| **FEDEX KINKO'S**, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Stipulated Notice of Dismissal, filed July 18, 2007, this action is hereby **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 19th day of July, 2007.

_____
Sam A. Lindsay
United States District Judge

**Order of Dismissal - Solo Page**